UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THEODORE SCHROEDER, RENDEZVOO LLC,
SKOOP MEDIA ASSOCIATES, INC.,

          Plaintiff,

      -against-

BRIAN S. COHEN, et al.,

          Defendants.
-----------------------------------------------------------x

12 Civ. 9413 (PKC)

ORDER

CASTEL, District Judge:

      Plaintiffs' Amended Complaint alleges that plaintiff Skoop Media Associates, Inc. is a corporation organized under the laws of Delaware. It also alleges that defendant Pinterest, Inc. is a corporation organized under the laws of Delaware. The sole basis for subject matter jurisdiction is complete diversity of citizenship, which is lacking. 28 U. S. C. § 1332(a). The action is dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

                                              P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       April 2, 2013