D425schO                        order to show cause

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   THEODORE F. SCHROEDER, *et al.*,

4                   Plaintiffs,

5           v.                          12 CIV. 9413 (PKC)

6   BRIAN S. COHEN and PINTEREST,

7                   Defendants.

8   ------------------------------x

9                                       April 2, 2013
                                        10:30 a.m.
10  Before:

11                  HON. P. KEVIN CASTEL,

12                                      District Judge

13                        APPEARANCES

14  MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
         Attorneys for Plaintiffs
15  BY:  SIDNEY S. LIEBESMAN
         CHARLES PALELLA
16       STEVEN PACHMAN

17  QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
         Attorneys for Defendant Pinterest
18  BY:  MICHAEL CARLINSKY
         RACHEL KASSABIAN
19
    JENNER & BLOCK
20       Attorneys for Defendant Cohen
    BY:  ANDREW BART
21       BRIAN FISCHER

22

23

24

25

D425schO                        order to show cause

```
 1              (Case called)

 2              THE DEPUTY CLERK:  Plaintiff's ready?

 3              MR. LIEBESMAN:  We are.

 4              THE DEPUTY CLERK:  Please state your appearance.

 5              MR. LIEBESMAN:  Sidney Liebesman from Montgomery

 6   McCracken, your Honor; good morning.

 7              THE COURT:  Good morning.  It is pronounced Liebesman?

 8              MR. LIEBESMAN:  Liebesman.

 9              THE COURT:  Good morning.

10              MR. PALELLA:  Charles Palella from Montgomery

11   McCracken as well.

12              THE COURT:  All right.

13              MR. PACHMAN:  And Steven Pachman from Montgomery

14   McCracken as well.

15              MR. CARLINSKY:  Good morning, your Honor.  Michael

16   Carlinsky from Quinn Emanuel for Pinterest.

17              THE COURT:  Good morning, Mr. Carlinsky.

18              MS. KASSABIAN:  Kassabian also with Quinn Emanuel for

19   Pinterest.

20              THE COURT:  Good morning, Ms. Kassabian.

21              MR. FISCHER:  Brian Fischer from Jenner & Block for

22   Mr. Cohen.

23              THE COURT:  Good morning, Mr. Fischer.

24              MR. BART:  Andrew Bart from Jenner & Block for

25   Mr. Cohen.
```

D425schO                         order to show cause

1          THE COURT:  Good to see you.

2          This Court issued an order to show cause on March 15th

3   and supplemented it with a second order on March 18th and let

4   me hear from Mr. Liebesman, Mr. Palella, Mr. Pachman whether

5   they have any further written submission that they, as

6   individuals, wish to make, or the firm of Montgomery McCracken

7   wishes to make.

8          MR. LIEBESMAN:  Your Honor, there are some additional

9   points that we would like to make.  I'm happy to make it here

10  or orally.  If your Honor would prefer to have a written

11  submission then I would ask leave for the opportunity to do

12  that in light of the nature of the order to show cause.

13         As your Honor knows, we are not here upon motion.  The

14  order was issued sua sponte.

15         THE COURT:  Let me first find out whether there are

16  any written materials you wish to submit today in response to

17  the order to show cause.

18         MR. LIEBESMAN:  Your Honor, there are additional case

19  citations that we would like the Court to consider and the

20  advisory committee notes to Rule 11.

21         THE COURT:  Do you have them?  Do you want to give

22  them to me orally?

23         MR. LIEBESMAN:  I can give them to you orally, your

24  Honor.

25         THE COURT:  I have a bunch of other questions to ask

D425schO                          order to show cause

1  you.  Right now the first question is as to written submissions

2  and you're going to give me the case citations orally, is that

3  correct?

4          MR. LIEBESMAN:  Yes, your Honor.

5          THE COURT:  Now is that true for you, Mr. Palella.

6          MR. PALELLA:  Yes, your Honor.

7          THE COURT:  Is that true for you, Mr. Pachman?

8          MR. PACHMAN:  Yes, your Honor.

9          THE COURT:  Do any of you wish to call any witnesses

10 or present any testimony?

11         MR. LIEBESMAN:  No, your Honor.

12         MR. PALELLA:  No, your Honor.

13         MR. PACHMAN:  No, your Honor.

14         THE COURT:  Is Montgomery McCracken separately

15 represented here today?

16         MR. LIEBESMAN:  No, your Honor.  The firm's general

17 counsel has been involved in this process subsequent to the

18 issuance of the order to show cause but the firm itself is not

19 separately represented by counsel.

20         THE COURT:  Okay.

21         Does any defendant have anything they either wish to

22 submit or any witness they wish to call with regard to the

23 orders to show cause in this case?

24         MR. CARLINSKY:  On behalf of Pinterest, your Honor,

25 no, we do not.

D425schO                          order to show cause

1          MR. FISCHER:  Same on behalf of Mr. Cohen.

2          THE COURT:  Then I will give Mr. Liebesman,

3     Mr. Palella and Mr. Pachman and the Montgomery McCracken firm

4     an opportunity to say anything it wishes including citations to

5     case law; anything else you wish to say this is the time to say

6     it.

7          MR. LIEBESMAN:  Thank you, your Honor.

8          We are here before the Court, as your Honor mentioned,

9     on the order to show cause issued on March 15th and then there

10    was a subsequent order to show cause issued to the firm itself

11    on March 18th.  Because we are not here on a Rule 11 motion

12    initiated by a party in this case it is our position that the

13    heightened standard of bad faith under the Pennie Second

14    Circuit decision which the citation for the record is 323 F.3d

15    86 and it is a March 14, 2003 decision.

16         Your Honor, in 1993 Rule 11 was amended and one of the

17    amendments was to provide a safe harbor provision which did not

18    previously exist.  The safe harbor provision was intended to

19    give a party that's being challenged under Rule 11 an

20    opportunity to remedy whatever the alleged deficiency is should

21    the party agree that it be warranted because orders that are

22    issued sua sponte deny a party of the ability to utilize a safe

23    harbor provision or a functional equivalent of a safe harbor

24    provision.

25         THE COURT:  Well, do they deny a party the ability to

D425schO                              order to show cause

1    utilize a safe harbor or is there not a safe harbor created in

2    the case of a sua sponte order?

3              MR. LIEBESMAN:  There is not a safe harbor created.

4              THE COURT:  Okay.

5              MR. LIEBESMAN:  I guess you could say, your Honor,

6    that there is an opportunity to because you could do what we

7    did which was immediately acknowledge well in advance of your

8    Honor's deadline that your Honor was correct.  I'm happy to get

9    into how embarrassing this is.  I'm happy to get into the

10   effect that this has had with me personally and members of the

11   firm and the firm itself, a firm that has been around for a

12   hundred years, but it is something that we acknowledged

13   immediately.  And so, to that extent we believe that we did

14   take steps to remedy it by acknowledging that the Court was

15   correct, the Court lacked subject matter jurisdiction on the

16   basis of there no longer being a diversity of citizenship as of

17   the filing of the amendment to the complaint in late February.

18             So, under the advisory committee notes to the 1993

19   amendments, your Honor, there is a comment that says that since

20   show cause orders will ordinarily be issued only in situations

21   that are akin to a contempt of Court, the rule does not provide

22   a safe harbor to a litigant for withdrawing a claim defense

23   etc. --

24             THE COURT:  Slow down.  Go ahead.

25             MR. LIEBESMAN:  -- after a show cause order has been

D425schO                          order to show cause

1  issued on the Court's own initiative.

2          I think the critical language that is there in the

3  advisory committee notes which the Pennie Second Circuit court

4  picked up on and other courts subsequent here in the Southern

5  District of New York be akin to contempt.  And while the

6  mistake, an honest oversight that was made by my firm and I

7  take full responsibility, it did not rise to the level of

8  contempt of Court.

9          THE COURT:  When you say mistake, what are you

10  referring to?

11          MR. LIEBESMAN:  The failure to realize that by adding

12  Skoop -- aside from the LLC with the individual members,

13  dealing with Skoop itself which is easy, it is a Delaware

14  corporation -- by adding Skoop as an additional plaintiff by

15  way of the amended complaint on February 28th we lost

16  completely diversity because Pinterest, while it is

17  headquartered in California so, your Honor, we think of it as

18  California, but it is incorporated in the State of Delaware

19  just as is Skoop -- Skoop Media Associates is the formal name

20  of that plaintiff.  So that was the mistake, your Honor, by not

21  realizing that, that was --

22          THE COURT:  Well, my order points out that that was

23  not the only shortcoming.  The complaint failed to allege the

24  citizenship of plaintiff Schroeder.  It failed to allege the

25  citizenship of Defendant Brian Cohen.  It failed to allege the

D425schO                              order to show cause

1   principal place of business of Plaintiff Skoop Media

2   Associates.  It failed to allege the citizenship of the natural

3   persons and any entities who are members of Rendezvoo LLC.  It

4   did all that separate and in addition to the inclusion of two

5   Delaware corporations, one as plaintiff, one as defendant

6   corporation.  I don't hear you addressing them.

7            MR. LIEBESMAN:  Okay.  I'm happy to, your Honor.

8            THE COURT:  Well, I'm not asking you to, I just don't

9   hear you addressing them.  I hear you describing this mistake

10  as adding a plaintiff Delaware corporation and a defendant

11  Delaware corporation and I think the order to show cause is

12  much broader than that.  That's why I'm curious to hear you

13  characterize it as a mistake in this one limited respect.

14           MR. LIEBESMAN:  Okay, if your Honor understood that

15  from me to mean that was the only mistake made, that is not

16  correct.  The Court is absolutely correct on the other issues

17  it had raised.  The reason why I focus on the issue of adding

18  Skoop in the amended complaint is because it goes to the heart

19  of this Court's subject matter jurisdiction or the lack

20  thereof.

21           The other points are very valid, residence and

22  citizenship is not synonymous.  Understood.  No debate about

23  that.  That, however, if the initial complaint were -- if this

24  were recognized when the initial complaint was made, it could,

25  your Honor, arguably be an easy fix.  We amended the complaint

D425schO                          order to show cause

1    to substitute citizenship for the word "residents" in both of

2    case of Mr. Schroeder who is a citizen of New Jersey and

3    Mr. Cohen who is a citizen of New York.  I think one reason why

4    the defendants didn't bring it up on their own when the initial

5    complaint was filed in late December is because in

6    understanding that there was complete diversity at the time we

7    were incorrect in using the word "residents" but they could

8    just as easily be replaced with the word "citizenship" and the

9    Court would have, at that time, retained subject matter

10   jurisdiction.  The distinction that I'm making is that this

11   goes to the heart of this Court's jurisdiction, that being it

12   can't be remedied, there is no complete diversity anymore.

13        THE COURT:  What about the failure to allege the

14   principal place of business of Skoop?

15        MR. LIEBESMAN:  Well, your Honor, that's correct, we

16   did not allege the principal place of business of Skoop.  One

17   of the issues that your Honor may be aware of from the letter

18   writing campaign is that the parties involved in this process,

19   there are a total of four individuals, there were three

20   Columbia law students that really came up with the idea that

21   became Pinterest.  They brought in what they expected to be a

22   sophisticated venture capitalist, that's defendant Cohen.

23   Defendant Cohen joins this group, loves the idea, expresses his

24   love of the idea, it is Mr. Schroeder's idea, no one is going

25   to dispute the fact he lived and breathed this and spent

D425schO                              order to show cause

1     thousands of hours developing the idea and writing code, but

2     after he developed a personality conflict with Mr. Schroeder he

3     took the idea and gave it to the people that eventually founded

4     it, Pinterest.  In so doing they continued to ignore all the

5     corporate formalities of Rendezvoo, the prior LLC, and Skoop.

6          So, Skoop, while the party, Mr. Schroeder circulated a

7     termination agreement to try to create some formality to

8     terminate Skoop as a viable entity, Mr. Cohen just didn't even

9     respond to the efforts to do that.  Why?  Because part of the

10    termination provided that you would not take any of the ideas

11    and give them to anybody else.  Mr. Cohen probably by then had

12    already done that and that, I think, will be born out in

13    discovery but there is little dispute that Mr. Cohen is on both

14    sides, works with Mr. Schroeder, takes the idea and all of a

15    sudden becomes the first investor in Pinterest.

16         So, your Honor, what is the principal place of

17    business of Skoop?  Skoop exists, it is a Delaware corporation,

18    it exists but not more than that.  It doesn't engage in

19    business since Mr. Cohen, the defendant deadlocked the company

20    and just everything went -- they all went their way, they

21    didn't know he was going to take their idea and go his own way

22    himself.

23         THE COURT:  But this is a court of limited

24    jurisdiction.  You are electing to include Skoop as a party.

25    Now, Skoop may be a shell, there may be nothing to Skoop.  It

D425schO                          order to show cause

 1  may not do anything but you're electing to make it a party to

 2  this action and you're invoking the jurisdiction of this Court

 3  and Section 1332 could not be more plain as to what it requires

 4  if you seek to invoke the jurisdiction of the Court with

 5  respect to a corporation.

 6          MR. LIEBESMAN:  Your Honor, the only thing I would say

 7  to that is we are not looking to seek to invoke the

 8  jurisdiction of this Court in the present tense.  We have

 9  acknowledged that by joining Skoop as a plaintiff in the case

10  when we amended the complaint in late February this Court lost

11  the subject matter jurisdiction and that was a point that we

12  raised immediately with your Honor well in advance of a

13  deadline to say the Court is correct, there is no subject

14  matter jurisdiction, and we are not opposed to the entry of an

15  order dismissing the case for lack of subject matter

16  jurisdiction so we're not looking to continue to invoke the

17  jurisdiction of this Court.

18          THE COURT:  Yes, but so the record is clear, when you

19  say you raised it immediately you raised it immediately after

20  the defects, the several defects were called to your attention.

21          MR. LIEBESMAN:  Absolutely, your Honor.

22          THE COURT:  And what about the allegations with regard

23  to Rendezvoo LLC and the failure to allege the citizenship of

24  the members of the LLC?

25          MR. LIEBESMAN:  Again, your Honor, the Court is

D425schO                           order to show cause

1    correct, we did not allege the citizenship of any of the

2    members of the LLC; I'm not sure if we did which is why I focus

3    on Skoop.  I'm not a hundred percent sure if we did that that

4    would have defeated the subject matter jurisdiction because

5    there is one member who I'm not sure what state he is a citizen

6    of.  But, the Court is correct.  I don't know what to say, your

7    Honor.  It is embarrassing.  It is an oversight that cannot be

8    explained.

9              THE COURT:  But the point of the inquiry is in

10   endeavoring to look at the objective reasonableness of the

11   conduct.  It seems to me that it may be of some bearing if it

12   is a single error in isolation rather than a pattern of errors

13   in the same pleading that would bear some relevance here.  I

14   would think that would be a relevant indication here of the

15   level of care and attention paid to invoking the jurisdiction

16   of the Court.  One error in isolation may look differently if

17   it is coupled with a host of other errors.  That's the only

18   thing.

19             MR. LIEBESMAN:  Your Honor, and just so the record is

20   clear, it is our position that the test -- the standard to be

21   applied is not objective reasonableness.  It is bad faith based

22   on the Pennie decision.

23             THE COURT:  Well, I will take a look at the Pennie

24   decision and --

25             MR. LIEBESMAN:  Sorry, your Honor; there is one other

D425schO                          order to show cause

1    cite I wanted to get on the record.  Maybe now is a good time?

2            THE COURT:  Yes.  Please.

3            MR. LIEBESMAN:  And there are other cases it is Brous

4    & Company.

5            THE COURT:  B-R-O-U-S.

6            MR. LIEBESMAN:  It is unreported Westlaw, 2004 Westlaw

7    1367451 and that's a June 16, 2004 decision subsequent to the

8    Pennie.

9            THE COURT:  Of what court?

10           MR. LIEBESMAN:  The Southern District of New York,

11   your Honor; Judge Haight.

12           THE COURT:  And the date of the decision?

13           MR. LIEBESMAN:  June 16, 2004.

14           THE COURT:  Now, is it your position, therefore, that

15   the improper invocation of diversity jurisdiction can never be

16   the subject of a Rule 11 sanction if raised sua sponte.

17           MR. LIEBESMAN:  Absolutely not.  That's one of the

18   reasons we didn't voluntarily dismiss because we didn't want it

19   to appear to the Court that we were trying to avoid your

20   Honor's analysis and evaluation pursuant to its order to show

21   cause.

22           THE COURT:  Well, under the standard you're urging

23   that it be akin to contempt, how then could the invocation of

24   faulty invocation of subject matter jurisdiction ever be akin

25   to contempt of Court?  I don't get it.

1           MR. LIEBESMAN:  For that question I think I would

2      agree with your Honor.  I mean, I don't think that it could be

3      viewed as an act of contempt so long as the bad faith standard

4      is met.  So, if an attorney exercises bad faith intending to be

5      in this court and hoping that the Court wouldn't catch a

6      mistake or one of the parties filed a case, then I think the

7      Court could then say that's bad faith, that's contempt of

8      Court.  But I think, your Honor, if there is no finding of bad

9      faith, I think I would have to agree that in this limited

10     circumstance there may not be contempt of Court but, your

11     Honor, I would like to keep this focused on the case here

12     because there may be other scenarios that I'm not thinking

13     about.

14          THE COURT:  Would you agree that if the standard is

15     lack of objective reasonableness there is no objective

16     reasonableness in the position taken with regard to the

17     pleading here, that the pleading itself was not objectively

18     reasonable?  Would you agree if the objective reasonableness

19     standard applies?

20          MR. LIEBESMAN:  Your Honor, if the objective

21     reasonableness standard applies it is still my position -- our

22     position that that standard has still not been met because

23     while there may be more than one instance of there being

24     questions about the allegations in the parties section of the

25     complaint so this is not questioning allegations that are made

D425schO                              order to show cause

 1   throughout the entire complaint, it is the parties section that

 2   were not described in a way --

 3             THE COURT:  It is the subject matter jurisdiction

 4   section.

 5             MR. LIEBESMAN:  Right.  It is the subject matter

 6   jurisdiction section.

 7             THE COURT:  A rather critical portion, you would

 8   agree?

 9             MR. LIEBESMAN:  I absolutely agree, your Honor.  But I

10   think that Rule 11 and the associated fallout from any Rule 11

11   sanction, when you're dealing with an honest oversight such as

12   we have here limited to the question of subject matter

13   jurisdiction, I still believe as we say in our letter, that we

14   would meet -- if that were to be the test, that we did meet

15   that and that we would ask the Court not to invoke any

16   sanctions under Rule 11.

17             THE COURT:  Well, how would you assert that the

18   allegations of the complaint are objectively reasonable?  Let

19   me hear you on that.  Now, I can understand you saying, well,

20   even if not objectively reasonable there are reasons why you

21   ought not sanction us but confining yourself to the argument

22   which I understand you to urge that it was not objectively

23   unreasonable to argue in your pleading or assert in your

24   pleading that with a plaintiff corporation and a defendant

25   corporation alleged to be citizens of the same state that that

D425schO                              order to show cause

 1   pleading was not objectively unreasonable in its invocation of

 2   the Court's diversity jurisdiction.

 3           MR. LIEBESMAN:  Well preliminarily, your Honor, I

 4   think I respond to that to pointing out something that your

 5   Honor sort of caught yourself saying.  The plaintiff's arguing

 6   versus alleging.  We are not arguing.  We are not perpetuating

 7   the argument that this Court has subject matter jurisdiction.

 8   Yes, we did allege it.  As soon as the Court pointed out that

 9   there were these errors we quickly acknowledged so we are not

10   perpetuating and I think that goes towards objective

11   reasonableness.  It also goes towards the reason why there is a

12   safe harbor.  It gives the party the opportunity to see the

13   light and take affirmative action to remedy any deficiency.

14   But, your Honor, I don't think it can be the case that a

15   mistake can be, in and of itself, objectively unreasonable.

16           THE COURT:  Okay.  So an allegation in the complaint

17   in order to determine whether it is objectively reasonable or

18   not, you don't look at the four corners of what you've alleged,

19   you look at degree of remorse and remedial measures after the

20   fact on the narrow question of objective reasonableness?

21           MR. LIEBESMAN:  Your Honor, I think those are some but

22   not all of the factors.  I think you have to put this in

23   context, that you are talking about Rule 11 sanctions, and if

24   there is to be the law that any mistake in pleading subject

25   matter jurisdiction which I'm sure this happens on occasion,

D425schO                              order to show cause

 1    will automatically result in Rule 11 sanctions because it could

 2    never be objectively reasonable.

 3         THE COURT:  Are Rule 11 sanctions required under the

 4    objective reasonableness standard if a pleading is not

 5    objectively reasonable?  Is a Court required to impose Rule 11

 6    sanctions?

 7         MR. LIEBESMAN:  I think Rule 11 provides the Court

 8    with sufficient discretion to make whatever finding.

 9         THE COURT:  All right.  So, one could find that a

10    position was not objectively reasonable but yet decline to

11    impose Rule 11 sanctions because other mitigating or equitable

12    circumstances have been presented.

13         MR. LIEBESMAN:  I would agree with that, your Honor.

14         THE COURT:  But those mitigating circumstances would

15    not bear on whether it was objectively reasonable.  One would

16    first look at the objective reasonableness of the position

17    taken by the attorney in the pleading or in oral statements and

18    then after assessing the objective reasonableness, then turn to

19    a different question whether there are equitable or mitigating

20    circumstances which may call upon the Court not to impose

21    sanctions.

22         MR. LIEBESMAN:  Your Honor, I do think, though, that

23    some of the issues can still go to objective reasonableness.

24    For example --

25         THE COURT:  You are not conflating the two standards?

D425schO                        order to show cause

1          MR. LIEBESMAN:  I don't think so, your Honor.

2          THE COURT:  I see.

3          MR. LIEBESMAN:  Because it is not strict liability, it

4     is objective so it is objective versus subjective.

5          THE COURT:  That's what I just finished saying, is

6     that determining that something was objectively unreasonable

7     does not require, therefore I'm asking you whether it requires

8     the imposition of sanctions and you urge that it does not.

9     That makes it not strict liability but the determination of

10    objective reasonableness is a step along the way.

11         MR. LIEBESMAN:  Your Honor, two responses.

12         I would still say it is strict liability by making a

13    finding.  You may not impose the Rule 11 sanctions.  I think it

14    goes to the distinction between strict liability and damages.

15    If there is a strict liability finding you were negligent but

16    there were no damages we are not going to impose Rule 11

17    sanction.  I do still think that if there is any mistake made

18    that it is automatically deemed objective reasonableness and

19    the sole question is for the Court to decide whether or not to

20    impose sanctions under Rule 11.  I still think that's a finding

21    of strict liability, it is a question of what are the damages.

22    Are you going to be found liable on Rule 11 and sanctioned

23    under Rule 11 or not.

24         But, your Honor, as an example, I don't know how many

25    times there are complaints filed in this court where instead of

D425schO                          order to show cause

using the word "citizen" the plaintiff's lawyer uses the word

"residents."  I don't know.  I have seen the cases.  I know it

has happened.  I have seen articles written about warning

they're not synonymous which we are not arguing that they are.

So, what if 10 percent of the complaints filed in this court

have some mistake as to subject matter jurisdiction and let's

take the resident versus citizenship.  Could it then be said if

that were the sole issue that that would then be objectively

unreasonable when a good portion of the complaints that are

filed contain the same mistake.  And that's all it is, is a

mistake.  Let's say that there is no bad faith or any other

question about that.  Again, I go back to your Honor doesn't

have to impose sanctions under Rule 11 but a finding of

objective reasonableness would be a finding made under Rule 11;

it is why we are here, with all due respect.  The effect of a

finding of objective unreasonableness, whether or not Rule 11

sanctions were imposed.

          THE COURT:  But you urge that your pleading is

objectively reasonable.  Is that what you urge?

          MR. LIEBESMAN:  I urge, your Honor, that we made an

honest mistake, that it was an oversight that does not rise to

the level of objective unreasonableness under the context of

Rule 11.

          THE COURT:  Well, that would make your pleading

objectively reasonable then or not objectively unreasonable,

D425schO                              order to show cause

1    correct?

2              MR. LIEBESMAN:  I would say so, your Honor.  It can't

3    be the case, your Honor, that if there is a mistake whether it

4    is subject matter jurisdiction or otherwise, that you run the

5    risk of being found to be objectively unreasonable if it is a

6    mistake.

7              THE COURT:  I see.

8              So, in assessing Rule 11 I should ask the question:

9    Is the allegation objectively unreasonable? and then ask the

10   question:  Was it the product of mistake?  And if it was the

11   product of mistake then it cannot be objectively unreasonable,

12   correct?

13             MR. LIEBESMAN:  That would tend towards a finding of

14   it not being objectively unreasonable and I think, your Honor

15   as I pointed out in my letter for what it is worth, defense

16   counsel, a lot of lawyers missed this and it is embarrassing.

17             THE COURT:  Missed what?

18             MR. LIEBESMAN:  Missed the fact that "resident" was

19   used instead of "citizenship" and that Skoop, because it is a

20   Delaware corporation, defeated subject matter jurisdiction --

21   complete diversity because Pinterest is also a Delaware

22   corporation.

23             THE COURT:  Well now let's now conflate issues, okay?

24   Let's not conflate issues.

25             If you want to urge on this Court that a lot of

D425schO                          order to show cause

```
 1    lawyers used the word "residents" instead of "citizenship" I'm
 2    all ears.  I know it has happened.  But, if you want to urge on
 3    this Court that a lot of lawyers invoke diversity jurisdiction
 4    in a pleading in which they allege that a plaintiff corporation
 5    is a citizen of Delaware and a defendant corporation is a
 6    citizen of Delaware and we're not dealing with something like
 7    CAFA which only requires minimal diversity, not complete
 8    diversity, I respectfully ask you to support your claim with
 9    some examples because I've only been doing this for 10 years
10    and I'm happy to say that I have not observed, with any
11    frequency, members of the bar alleging that a plaintiff is the
12    citizen of the same state as a defendant expressly in their
13    pleading and maintaining that there is diversity jurisdiction.
14            So, perhaps my experiences have been aberrational and
15    I look forward to your enlightening me as to the frequency as
16    to which you believe this happens in this Court.
17            MR. LIEBESMAN:  Your Honor, that was not the point
18    that I was making, with all due respect, your Honor.
19            I do understand or believe that that probably never,
20    if ever happens --
21            THE COURT:  Well, it happened here.
22            MR. LIEBESMAN:  Right, it happened here, but the only
23    reason why, your Honor, that I bring that point up is just
24    because we were having this discussion about objective
25    reasonableness and while we made the mistake, it was an honest
```

D425schO                              order to show cause

1   mistake, it was something that was overlooked on our part but

2   it was something that was overlooked as well by defense

3   counsel.  So, I think it just goes to objective reasonableness.

4        Again, we are talking about the subject matter

5   jurisdiction portion of a complaint and you're right, perhaps

6   people take it for granted that those sections are drafted

7   properly and you see the word "resident," you think

8   citizenship, whatever the case may be, but I only bring that

9   point up because I think it goes to whether or not there is

10  objective reasonableness.

11       THE COURT:  Well, Quinn Emanuel representing Pinterest

12  takes a somewhat different viewpoint.  They say, oh, we knew

13  that both the plaintiff corporation and the defendant

14  corporation were alleged to be Delaware corporations but we

15  decided that instead of invoking the Court's lack of subject

16  matter jurisdiction we were going to urge the Court to reach an

17  issue of whether or not the Court had authority or whether the

18  plaintiff had authority to institute a suit on behalf of the

19  entity.  Where is the showing of authority beyond the

20  plaintiff's signature on the pleading that he represents the

21  entity just as defendant's counsel signed a pleading

22  representing that they were authorized to do so by Pinterest?

23  Where is there more from the plaintiff than that representation

24  by plaintiff's counsel at the conclusion of the pleading?  And

25  where does this entity have a cognizable injury under Article

D425schO                           order to show cause

 1   III?  The Court should sidestep the lack of diversity

 2   jurisdiction to reach these issues which will have value to my

 3   client because we will be able to argue that this was a ruling

 4   on the merits and stop you from filing -- stop the plaintiffs

 5   from filing suits in other courts?

 6          So, I don't think it is accurate to say that in the

 7   case of Pinterest that they were unaware of the Court's lack of

 8   subject matter jurisdiction because there was no diversity.

 9   They appear to have been aware of it and refrained from raising

10   it.  That's a different issue of which this Court is well

11   aware.

12          MR. LIEBESMAN:  That may be the case, your Honor.

13          THE COURT:  Anything else?

14          MR. LIEBESMAN:  Unless your Honor has any other

15   questions, I don't think so.

16          THE COURT:  All right.

17          Mr. Palella, anything?

18          MR. PALELLA:  No, your Honor.  I have nothing to add

19   other than to individually apologize to the Court.

20          THE COURT:  Mr. Pachman, anything?

21          MR. PACHMAN:  Your Honor, I would like to add to that

22   apologies on my individual behalf as well.

23          THE COURT:  All right.

24          Does any defendant have anything they wish to say?

25          MR. CARLINSKY:  Your Honor, I just would like to

D425schO                              order to show cause

```
 1    respond to the point that your Honor just raised about we were
 2    aware but failed to raise it.
 3              With respect --
 4              THE COURT:  I think elected not to raise it might be a
 5    more appropriate way to describe it.
 6              MR. CARLINSKY:  Well, with respect, your Honor, the
 7    way we elected to raise it was to point out that we believed --
 8    and we put it in our letter -- we believed that the addition of
 9    those corporate plaintiffs was improper and we believe and
10    still believe and respectfully submit that under the law the
11    Court could look to whether the addition of those two corporate
12    plaintiffs was proper or, in effect, fraudulent, a fraudulent
13    type of amendment that would have the effect of defeating
14    diversity.
15              THE COURT:  No, no, no, no.  The Court should, despite
16    the face of the pleading reflecting a lack of diversity, you
17    urge that the Court ignore that and go on to a further inquiry.
18              Do you not, Mr. Carlinsky?
19              MR. CARLINSKY:  We do.  Yes, your Honor.
20              THE COURT:  Okay.  That's what I thought.
21              MR. CARLINSKY:  And if I could just add, the situation
22    that we typically see is where a plaintiff files a suit in
23    State Court and facially there is no diversity but a defendant
24    removes, nevertheless to Federal Court, claiming that although
25    facially if you literally just looked at the constellation of
```

D425schO                          order to show cause

1    the parties, there would be no diversity but, nevertheless, the

2    defendant raises the argument that the inclusion of a party was

3    done in a sham sort of way in order to defeat diversity

4    jurisdiction.

5              I think this really has a close parallel to that and

6    our point in reading this and in fact in specifically pointing

7    out, I mean our letter, your Honor, says that the issue of

8    Schroeder's apparent lack of authority to add the two companies

9    as co-plaintiffs is a threshold issue of subject matter

10   jurisdiction that must be resolved now.  The point we were

11   making --

12             THE COURT:  No.  That's a factual inquiry, correct?

13             MR. CARLINSKY:  Yes, your Honor.

14             THE COURT:  Okay.  So you urge, Mr. Carlinsky, as a

15   member of the bar of this Court, that the Court sidestep the

16   face of the pleading which demonstrates lack of subject matter

17   jurisdiction but continue on and allow the submission of either

18   factual evidence or depositions, discovery, going to the

19   question of the authority of the entity to file suit and reach

20   that question rather than the question that appears on the face

21   of the pleading.

22             Isn't that correct, Mr. Carlinsky?

23             MR. CARLINSKY:  Yes, your Honor.  We did.

24             THE COURT:  Okay.  That's what I thought.

25             MR. CARLINSKY:  And again I would add, I think that

D425schO                          order to show cause

1    based on the law as I understand it, the Court can always

2    determine its subject matter jurisdiction.  We believe, and I

3    continue to believe, your Honor, that the addition of those two

4    plaintiffs, if the Court wished to -- again the plaintiff can

5    always file a Rule 41 dismissal which they haven't, but we

6    continue to believe, your Honor, that the Court can look at

7    this issue just like it could look at a facially -- a complaint

8    that is removed that on its face does not plead complete

9    diversity.

10          THE COURT:  And why would it be a provident exercise

11   of discretion if it is discretionary for this Court to overlook

12   the facial lack of diversity to reach the factual question of

13   whether or not the law firm that signed the pleading as counsel

14   for the entity was in fact authorized to sign the pleading as

15   counsel for the entity?

16          MR. CARLINSKY:  Well, the issue of the Court's

17   discretion is an issue of the Court's discretion.

18          THE COURT:  No.  I asked you why would it be a

19   provident exercise of discretion.  That's my question for you,

20   Mr. Carlinsky.

21          MR. CARLINSKY:  Because we have now been in front of

22   the Court and the Court has some familiarity with the case

23   acknowledging that it is early on in the case.  But, I also

24   come back to remember what the original complaint alleged so

25   what we had in the original complaint was purely an allegation

D425schO                          order to show cause

1    that this was the plaintiff's and the plaintiff's only case

2    claim rights, etc.  We then have an amendment, an amendment

3    that all of a sudden adds these two corporate plaintiffs but

4    still does not allege that these plaintiffs suffered injury, in

5    fact owned any of the rights in question, number one, and

6    despite outside of the court our correspondence asking the

7    plaintiff to articulate the basis is there authority for these

8    plaintiffs to be added we received no response.

9              THE COURT:  Mr. Carlinsky, have you had much success

10   with trying this approach, you or your firm, in other federal

11   courts around the country where a case, on its face, has no

12   diversity jurisdiction but you prefer the Court to reach issues

13   of authority, case or controversy, or the like?

14             MR. CARLINSKY:  I have -- that's a tough question,

15   your Honor.  I have a similar issue right now in a case in

16   California but --

17             THE COURT:  A federal court?

18             MR. CARLINSKY:  A federal court where the defendant --

19   I don't know that there is a case that aligns like this one,

20   your Honor, quite candidly, where the plaintiff has later

21   amended to allege or add plaintiffs that defeat diversity but

22   the law in the case I have in California is a factual challenge

23   to subject matter jurisdiction.

24             THE COURT:  Do you practice much in federal court,

25   Mr. Carlinsky?

D425schO                              order to show cause

1            MR. CARLINSKY:  I do, your Honor.

2            THE COURT:  Okay.

3            MR. CARLINSKY:  I do.

4            All I'm saying is in no way shape or form were we

5     attempting to not advise the Court that there is a subject

6     matter jurisdiction issue.  I mean, I think that is reflected

7     in our letter and it is also to say to the plaintiff we don't

8     understand with the way you've pleaded your complaint how there

9     is subject matter jurisdiction but we don't accept that the

10    addition of these two plaintiffs was proper.  And it looked to

11    us, your Honor, with respect, as an attempt to get out of this

12    Court, rightfully or wrongfully, and all we were trying to do

13    was to bring to the Court's attention that should the Court

14    wish this comes back to the Court's discretion.  Should the

15    Court wish we believe that there can be mounted a factual

16    challenge to whether or not the allegations -- what the law

17    says is where there is a factual challenge the Court is to

18    disregard the truthfulness or veracity of the allegations of

19    jurisdiction.

20           THE COURT:  I have read 12(b)(1) and the case law

21    thereunder, Mr. Carlinsky.  Thank you.

22           MR. CARLINSKY:  Very well.  Thank you.

23           Is there anything else I can answer for the Court?  I

24    just want to make it clear, again, it was our intent to just

25    raise the issue so that it could be properly addressed.

D425schO                              order to show cause

1          THE COURT:  If the Court wanted to kind of thing.

2          MR. CARLINSKY:  Yes, your Honor.

3          THE COURT:  That's what you asked me -- when I go back

4     and reread your letter, as I will, I'm going to take away that

5     you're being helpful in bringing this to the Court's attention

6     in case the Court wanted to address it.

7          MR. CARLINSKY:  I would go one step beyond that.

8          THE COURT:  Yes.

9          MR. CARLINSKY:  I would say what we were doing was

10    raising it because we think it is appropriate for there to be a

11    factual determination as to the validity of the allegations

12    regarding these two named plaintiffs and their inclusion in the

13    case and that's a point we were trying to raise, that so that

14    the Court can determine its jurisdiction the first issue that

15    we needed to address was whether it was proper, the propriety

16    of adding these two named plaintiffs.

17         THE COURT:  You agree there is no subject matter

18    jurisdiction in this court, correct?

19         MR. CARLINSKY:  I don't agree with that your Honor.

20         THE COURT:  You think there is subject matter

21    jurisdiction in this court?

22         MR. CARLINSKY:  I think there could be subject matter

23    jurisdiction in this court.

24         THE COURT:  I see.

25         MR. CARLINSKY:  I think that goes back to the factual

D425schO                              order to show cause

1   challenge question.  Now, of course the Court has the

2   discretion to say I'm not accepting the invitation, in essence,

3   to look at the question, but I do think the Court can find

4   subject matter jurisdiction just like when you have that -- the

5   analogy I was analogizing to just like when you have a pleading

6   that comes up that facially does not plead complete diversity.

7   The Court there, of course, will look at it is brought on by

8   motion.  I don't have to tell your Honor, your Honor knows

9   this, but I don't think there is any real difference here in

10  the way in which this issue now is before the Court should the

11  Court decide to look at this factually.  On the other hand it

12  doesn't have to and as I said, the plaintiff always here, I

13  can't think of a reason why --

14          THE COURT:  But you urge me to do this so that I

15  would, at your urging, then say there is no subject matter

16  jurisdiction?

17          MR. CARLINSKY:  No.  Just the opposite, your Honor.

18  Just the opposite, your Honor.  I'm urging, I think,

19  collectively we're urging that if the Court were to find that

20  these plaintiffs which we don't believe are properly now in the

21  case because the allegations are no interest, no harm and now

22  clearly no demonstration of the authority, your Honor could say

23  these plaintiffs were added effectively as a sham, I'm going to

24  eliminate them, disregard them, and therefore diversity would

25  exist.

D425schO                          order to show cause

1        THE COURT:  What is your demonstration of authority on

2   your pleading on behalf of Pinterest?

3        MR. CARLINSKY:  I haven't submitted a pleading, but in

4   terms of the letters we have asked for any demonstration of

5   authority.  We've corresponded --

6        THE COURT:  What is yours?

7        MR. CARLINSKY:  I'm sorry?

8        THE COURT:  What is yours?

9        MR. CARLINSKY:  In terms of our --

10        THE COURT:  You signed a letter to me representing

11   that you're counsel for defendant Pinterest.  What is yours?

12        MR. CARLINSKY:  My representation that I represent

13   Pinterest.

14        THE COURT:  Well, that's what I have from the

15   plaintiffs.

16        MR. CARLINSKY:  It hasn't been challenged.

17        THE COURT:  Mr. Carlinsky, that's what I have from the

18   plaintiffs.

19        MR. CARLINSKY:  But the difference I would submit,

20   your Honor, is that our jurisdiction -- I'm sorry our

21   authority, with all respect, has not been challenged, just like

22   the plaintiffs -- the original plaintiffs and their

23   representation by the law firm was not something that we

24   challenged.  It was only the inclusion of these two corporate

25   entities which we understand again we are strangers to the

D425schO                            order to show cause

1  transaction but we understand there were these entities.  It is

2  now pleaded.  If the entities observed the rights there may be

3  conflict with the plaintiff so we raise that question but it

4  was only in the context -- if there is a challenge to my

5  authority I'm happy to get from the general counsel, the board

6  of directors what needs be done to make that demonstration, but

7  I don't understand there to be any challenge.  Here there is

8  and there is a challenge, not just we're challenging for the

9  sake of challenging but what we have is an initial complaint

10 that alleges one thing, we then have a subsequent complaint

11 that alleges something quite different and conflict or tension

12 between those plaintiffs and a belief, at least as I understand

13 it from the allegations, that Mr. Cohen never authorized the

14 filing of the suit on behalf of the entities.  So, there is a

15 good faith basis for challenging the authority.

16      That's my answer, your Honor, but I'm happy to

17 demonstrate that we have been retained.  I can submit my

18 engagement letter but there hasn't been any challenge.  And I'm

19 not challenging the authority of the plaintiff's counsel to

20 represent Mr. Schroeder.

21      THE COURT:  Thank you.

22      Mr. Fischer or Mr. Bart, anything to add?

23      MR. FISCHER:  No, your Honor.

24      THE COURT:  All right.  Thank you, all.  Thank you,

25 all, for coming in, and I will issue a decision shortly.

D425schO                          order to show cause

1          I appreciate it.

2                              o0o

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25